IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ESTATE OF WILLIAM JEFFREY MINTON and BRIDGETTE IRENE MINTON, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action File No. 5:20-CV-00102 |
| vs. | ) ) | JURY TRIAL DEMANDED |
| WILLIAM BRADLEY, et al., | ) ) | |
| Defendants. | ) | |

## **CONSENT ORDER**

The parties having consented hereto, and good cause shown therefor, the Court Orders as follows:

a. That the cases presented to the Court by Civil Action number 5:20-cv-00298 and Civil Action number 5:20-cv-00102 be consolidated for all purposes including, but not limited to, discovery, motions, hearings and trial;

b. That following the filing of the responsive pleadings by all of the Defendants named in Civil Action file number 5:20-cv-00298, all of the

1

parties to the two lawsuits shall submit a new Joint Proposed Scheduling Order for the Court's review and consideration; and

c. That following the filing of the responsive pleadings by all of the Defendants named in the Civil Action File Number 5:20-cv-00298, the pleadings for the two lawsuits shall thereafter be filed in the first lawsuit and the second lawsuit shall be administratively closed.

So Ordered this the  5th day of   August  , 2020.

                                 /S/ Tilman E. Self, III
                                HON. TILMAN E. SELF, III.
                                UNITED STATES DISTRICT COURT