UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ESTATE OF WILLIAM JEFFREY MINTON and STEPHANIE MINTON,<br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM BRADLEY, individually;<br>JARVIS CULVER, individually;<br>KATHERINE ELIZABETH EUBANKS, individually;<br>CORRCARE, INC., a Georgia corporation;<br>PAUL BUCZYNSKY, M.D., individually;<br>VALERIE HARPER, individually;<br>CRYSTAL BELL, individually; and<br>MICKI HARRISON, individually,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION FILE NO.<br>:  5:20-CV-00102-TES<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF CHANGE OF ADDRESS

Theodore E.G. Pound and Kathleen W. Simcoe, attorneys for Defendants CorrCare, Inc. and Paul Buczynsky, MD, hereby notify the Court and counsel of record that their law firm name and address have changed effective immediately. Their new contact information is as follows:

Theodore E.G. Pound
Kathleen W. Simcoe
Stites & Harbison, PLLC
303 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30308
Phone: 404-739-8800
tpound@stites.com
ksimcoe@stites.com

This 21st day of January, 2022.

STITES & HARBISON, PLLC

/s/ Theodore E.G. Pound
Theodore E.G. Pound
    Georgia Bar No. 585723

303 Peachtree Street. NE, Suite 2800
Atlanta, Georgia 30308
tpound@stites.com
ksimcoe@stites.com
404.739.8800

/s/ Kathleen W. Simcoe
Kathleen W. Simcoe
    Georgia Bar No. 325440
Attorneys for Defendants CorrCare, Inc.
and Paul Buczynsky, M.D

CERTIFICATE OF SERVICE

This certifies that I have electronically filed the NOTICE OF CHANGE OF ADDRESS FOR DEFENDANTS CORRCARE, INC. AND PAUL BUCZYNSKY, M.D. with the Clerk of Court utilizing the CM/ECF system, which will automatically provide email notification of such filing to the following attorneys of record:

Melvin L. Hewitt
Hilary W. Hunter
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, GA  30328
mel@isenberg-hewitt.com
hilary@isenberg-hewitt.com

Mark B. Bullman
Bullman Law Group, LLC
600 Embassy Row, Suite 150
Atlanta, GA  30328
mbb@bullmanlawgroup.com

G. Brian Spears
Jeffrey Filipovits
Spears & Filipovits, LLC
1126 Ponce de Leon Ave. NE
Atlanta,  GA 30306
Bspears@mindspring.com
jeff@civil-rights.law

Jason Waymire
Williams, Morris & Waymire, LLC
4330 South Lee Street
Bldg. 400, Suite A
Buford, GA  30518
jason@wmwlaw.com

This 21st day of January, 2022.

STITES & HARBISON, PLLC

*/s/ Kathleen W. Simcoe*
Kathleen W. Simcoe
     Georgia Bar No. 325440

Attorneys for Defendants CorrCare, Inc. and Paul Buczynsky, M.D.

303 Peachtree Street. NE, Suite 2800
Atlanta, Georgia 30308
tpound@stites.com
ksimcoe@stites.com
404.739.8800